IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIAM LEONARD PICKARD, )<br>  a.k.a. "John Connor," )<br>  "William Harlow", and )<br>CLYDE APPERSON, )<br>Defendants. )<br>_____ ) | Case No.   00-40104-01/02-RDR |

## GOVERNMENT'S PROPOSED TRIAL WITNESS LIST

The United States of America, by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Gregory G. Hough, Assistant United States Attorney for said District, respectfully inform the court and counsel for the defendants that, in the event that this matter proceeds to trial on January, 13, 2003, the government may call the following individuals as witnesses in its case-in-chief:

1. Lt. Brian K. Smith, KHP

2. Trpr. J.T. O'Grady, KHP

3. Bill Taylor

4. Eric Taylor

5. Officer Matt Pfrang, Wamego P.D.

234

6.  Ralph Sorrell, Leavenworth Police Department

7.  Gordon Todd Skinner

8.  SA Arthur Hubbard, DEA

9.  DEA Surveillance Team

10. Curtis B. Nicholson

11. Cherly Nicholson

12. Daniel L. Augenstene, Electronics Engineer, DEA

13. David Morello, Computer Forensics, DEA

14. Marian Klett, Intelligence Analyst, DEA

15. Gunnar Guinan

16. Michael Hobbs

17. Guadalupe Teniorio-Matias

18. Custodian of Records, Ramada Inn, Salina KS.

19. Custodian of Records, Super 8 Motel, Salina KS.

20. David Haley

21. Alfred Savinelli

22. John Halpern

23. Gabriella Halpern

24. David Jung, DEA Taskforce, Boston, MA.

25. Trais Kliphuis

26. Deborah Harlow

27. SA David White, DEA

28. SA Daniel Tuey, DEA

29. SA Robert Polimeno, DEA

30. Deborah Lehman

31. Rostom Dagazian

32. SA Roger Hanzlik, DEA

33. Daniel Rivera, Mailboxes, Etc., Taos, N.M.

34. Tim McKibben, Forensic Chemist, DEA

35. Jim Toliver, Pharmocologist, DEA

36. SA Karl Nichols, DEA

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

GREGORY G. HOUGH, #12860
Assistant U.S. Attorney
444 S.E. Quincy, Ste. 290
Topeka, KS. 66683
(785) 295-2850

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was mailed, postage prepaid, on the 8th day of January, 2003, to the following:

William K. Rork
1321 S.W. Topeka Blvd.
Topeka, KS. 66612-1816
Attorney for Pickard

Mark L. Bennett, Jr.
5605 SW Barrington Court South, Suite 201
Topeka, KS 66614
Attorney for Apperson

GREGORY G. HOUGH, #12860
Assistant U.S. Attorney