IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2003 JAN 28 A 11: 59

RALPH L. DELOACH
CLERK
BY _____ DEPUTY
AT TOPEKA, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                   Plaintiff, )<br>                           )<br>vs.                          )<br>                           )<br>WILLIAM LEONARD PICKARD, )<br>  a.k.a. "John Connor," )<br>      "William Harlow," )<br>      "James Maxwell," and )<br>CLYDE APPERSON, )<br>  a.k.a. "C," )<br>              Defendants. )<br>_____) | No.   <u>00-40104-01/02-RDR</u> |

## ORDER

This matter is before the Court on the government's motion for an order compelling the testimony of Gordon Todd Skinner, pursuant to 18 U.S.C. § 6001, <u>et</u>. <u>seq</u>. The Court finds as follows:

    1.    Gordon Todd Skinner has been called to testify or provide other information before the petit jury of the United States to be empanelled within this District to hear the above-captioned case.

    2.    In the judgment of the United States Attorney, and based upon the representations of the witness' counsel, Ronald Wurtz, Gordon

257

Todd Skinner will refuse to testify or provide other information on the basis of his privilege against self-incrimination.

3.   In the judgment of the United States Attorney, the testimony or other information from Gordon Todd Skinner may be necessary to the public interest.

4.   The Motion to Compel Testimony has been filed with the approval of John Roth, former Chief, Narcotic and Dangerous Drug Section, Criminal Division, U.S. Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a).

IT IS THEREFORE ORDERED that the motion of the United States is granted and immunity from prosecution pursuant to Title 18, United States Code, Section 6001, et seq., is hereby conferred upon the witness Gordon Todd Skinner.

IT IS FURTHER ORDERED that Gordon Todd Skinner shall give testimony and provide information to the petit jury or Court of the United States.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used

against the witness in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order. <u>See</u> 18 U.S.C. § 6002.

Dated this 28th day of January, 2003, in Topeka, Kansas.

*Richard D. Rogers*
RICHARD D. ROGERS
Senior United States District Judge