**EXHIBIT 1**

1    MELINDA HAAG (CSBN 132612)
     United States Attorney
2    ALEX G. TSE (CSBN 152348)
     Chief, Civil Division
3    NEILL T. TSENG (CSBN 220348)
     Assistant United States Attorney
4
          450 Golden Gate Avenue, Box 36055
5         San Francisco, California 94102-3495
          Telephone: (415) 436-7155
6         FAX: (415) 436-6927
          neill.tseng@usdoj.gov
7
     Attorneys for Defendant
8    UNITED STATES DEPARTMENT OF JUSTICE

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13   WILLIAM PICKARD,                )    C 06-00185 CRB
                                      )
14                  Plaintiff,        )    **APPENDIX 2 (VAUGHN INDEX) TO**
                                      )    **DEFENDANT'S THIRD MOTION FOR**
15            v.                      )    **SUMMARY JUDGMENT**
                                      )
16   UNITED STATES DEPARTMENT OF      )
     JUSTICE,                         )
17                                    )
                    Defendant.        )
18                                    )
                                      )
19                                    )
                                      )
20   ─────────────────────────────── )

21

22

23

24

25

26

27

28
     APPENDIX 2 (VAUGHN INDEX) TO DEFENDANT'S THIRD
     MOTION FOR SUMMARY JUDGMENT
     C 06-00185 CRB

Keyworth PAGE ITEMIZATION

PAGE NUMBER:    1 - 2
DOCUMENT TYPE:  DEBRIEFING OF CS - DEA-6 & 6a PAGES 1 AND 2 OF 2

DATE:
        AUGUST 4, 1989

                                        (   ) RELEASED
                                        ( X ) WITHHELD

      TO:
          INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

      FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
|  | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2,4,10; NARRATIVE: PARA 1-2; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
|  | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12 & 14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTIES |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Keating PAGE ITEMIZATION

```
PAGE NUMBER:      3
DOCUMENT TYPE:    90-DAY DEBRIEFING – DEA-6

DATE:
                  NOVEMBER 14, 1989

                                            (   ) RELEASED
                                            ( X ) WITHHELD

      TO:
                  INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

      FROM:
                  DEA SPECIAL AGENT

PURPOSE:
                  FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Kenngh PAGE ITEMIZATION

```
PAGE NUMBER:      4
DOCUMENT TYPE:    STATUS REPORT 90 DAY DEBRIEFING - DEA-6

DATE:
                  February 14, 1990

                                          (   ) RELEASED
                                          ( X ) WITHHELD

      TO:
                  INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

      FROM:
                  DEA SPECIAL AGENT

PURPOSE:
                  FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 6 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) (b)(7)(F) | NAME OF AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4,10; NARRATIVE: PARA 1,2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

Keeth - PAGE ITEMIZATION

PAGE NUMBER:    5
DOCUMENT TYPE:  90 DAY DEBRIEFING OF CS – DEA-6

DATE:
         MAY 9, 1990

                                        (    ) RELEASED
                                        ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; NARRATIVE PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Keep the PAGE ITEMIZATION

PAGE NUMBER:     6
DOCUMENT TYPE:   90 DAY DEBRIEFING OF CS – DEA-6

DATE:
          AUGUST 2, 1990

                                        (   ) RELEASED
                                        ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:      FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; NARRATIVE: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Krystle PAGE ITEMIZATION

PAGE NUMBER:     7
DOCUMENT TYPE:   Quarterly Review of CS - DEA-6

DATE:
            SEPTEMBER 28, 1990

                                    (   ) RELEASED
                                    ( X ) WITHHELD

     TO:
          CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1,3-5 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; NARRATIVE; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

Keep the PAGE ITEMIZATION

PAGE NUMBER:      8
DOCUMENT TYPE:   90 DAY DEBRIEFING OF CS -- DEA 6

DATE:
           NOVEMBER 7, 1990

                                    (    ) RELEASED
                                    (  X ) WITHHELD

     TO:
           INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

     FROM:
           DEA SPECIAL AGENT

PURPOSE:

| ITEM | FURTHERANCE OF CRIMINAL INVESTIGATION MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; NARRATIVE: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Kristha PAGE ITEMIZATION

```
PAGE NUMBER:      9
DOCUMENT TYPE:  Quarterly Review of CS -- DEA 6 PAGE 1 OF 1

DATE:
              JANUARY 3, 1991

                                            (   ) RELEASED
                                            ( X ) WITHHELD

      TO:
              CONFIDENTIAL SOURCE FILE

      FROM:
              DEA SPECIAL AGENT

PURPOSE:
              FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1,3-5 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; DETAILS; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

Vaughn PAGE ITEMIZATION

PAGE NUMBER:      10
DOCUMENT TYPE:    90 DAY DEBRIEFING OF CS – DEA 6

DATE:
        FEBRUARY 7, 1991

                                          (   ) RELEASED
                                          ( X ) WITHHELD

    TO:
        INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; NARRATIVE: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

PAGE NUMBER:      11
DOCUMENT TYPE:    QUARTERLY REVIEW OF CS - DEA 6 PAGE 1 OF 1

DATE:
          APRIL 8,  1991

                                        (    ) RELEASED
                                        (  X ) WITHHELD

     TO:
          CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:

| ITEM | FURTHERANCE OF CRIMINAL INVESTIGATION MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------|------|------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1,3-5 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; DETAILS; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

Vaughn PAGE ITEMIZATION

PAGE NUMBER:      12
DOCUMENT TYPE:  90 DAY DEBRIEFING OF CS - DEA 6

DATE:
         MAY 7, 1991

                                        (    ) RELEASED
                                        (  X ) WITHHELD

    TO:
         INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:
         DEA SPECIAL AGENT

PURPOSE:
         FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; NARRATIVE: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

PAGE NUMBER:    13
DOCUMENT TYPE:   QUARTERLY REVIEW OF CS -- DEA 6 PAGE 1 OF 1

DATE:
           JULY 1, 1991

                                      (    )  RELEASED
                                      (  X )  WITHHELD

     TO:
          CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1,3-5 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; DETAILS; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

Drugs PAGE ITEMIZATION

```
PAGE NUMBER:      14
DOCUMENT TYPE:    DEACTIVATION OF CS - DEA 6

DATE:
                  SEPTEMBER 26, 1991

                                          (   ) RELEASED
                                          ( X ) WITHHELD

     TO:
                  CONFIDENTIAL SOURCE FILE

     FROM:
                  DEA SPECIAL AGENT

PURPOSE:
                  FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1,3-5 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; NARRATIVE: PARA BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

Vaughn PAGE ITEMIZATION

PAGE NUMBER:   15 - 16
DOCUMENT TYPE:   INVESTIGATIVE REPORT – DEA-6 PAGES 1 AND 2 OF 2

DATE:
          OCTOBER 19, 2000

                                   (   ) RELEASED
                                   ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4, 10; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

Results PAGE ITEMIZATION

PAGE NUMBER:   17 - 18
DOCUMENT TYPE:   REPORT OF INVESTIGATION – DEA-6 PAGES 1 AND 2 OF 2

DATE:
            OCTOBER 23, 2000

                                    (    ) RELEASED
                                    ( X ) WITHHELD

      TO:
            INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

      FROM:
            DEA SPECIAL AGENT

PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4, 10; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

PAGE NUMBER:     19 - 29
DOCUMENT TYPE:   INTERVIEW WITH CS, Part 1 – DEA-6 & 6a PAGES 1-11 OF 11

DATE:
            OCTOBER 23,  2000

                                        (    )  RELEASED
                                        (  X )  WITHHELD

      TO:
            INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

    FROM:
            DEA SPECIAL AGENT

PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; SYNOPSIS; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-11: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; PAGES 1-2: DETAILS PARA 1 | NAMES & SIGNATURES OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |

PAGE NUMBER:    30 - 31
DOCUMENT TYPE:  INITIAL DEBRIEFING OF CS - DEA-6 7 6A pages 1 and 2 of 2

DATE:
           OCTOBER 23, 2000

                                              (   ) RELEASED
                                              ( X ) WITHHELD

     TO:
           INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
           DEA SPECIAL AGENT

PURPOSE:
           FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4, 10; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

VAUGHN PAGE ITEMIZATION

```
PAGE NUMBER:    32 – 47
DOCUMENT TYPE:  INITIAL DEBRIEFING OF CS, PART 2 – DEA-6 PAGE 1-16 OF 16

DATE:
        OCTOBER 23,  2000

                                    (   ) RELEASED
                                    ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4, 10; PAGES 2-16: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12&14; PAGES 1-2: DETAILS PARA 2-6; PAGE 16: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| PAGES 15-16: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Griglio PAGE ITEMIZATION

PAGE NUMBER:     48 - 50
DOCUMENT TYPE:   REPORT OF INVESTIGATION – DEA DEA-6 & 6a PAGES 1-3 OF 3

DATE:
           OCTOBER 24, 2000

                                   (   ) RELEASED
                                   ( X ) WITHHELD

     TO:
           INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
           DEA SPECIAL AGENT

PURPOSE:
           FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4, 10; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 1-3; PAGES 2-3: CUSTODY OF EVIDENCE: PARA 1-4 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

PAGE NUMBER:    51 – 58
DOCUMENT TYPE:  Debriefing of CS – DEA-6 & 6a PAGES 1-8 OF 8

DATE:
          OCTOBER 29, 2000

                                          (   ) RELEASED
                                          ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-8: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; NARRATIVE; PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 7-8: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 20

```
PAGE NUMBER:    59 - 60
DOCUMENT TYPE:  REPORT OF INVESTIGATION - DEA-6 & 6a PAGES 1 AND 2 OF 2

DATE:
          NOVEMBER 1, 2000

                                      (   ) RELEASED
                                      ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 21

Version PAGE ITEMIZATION

PAGE NUMBER:     61 - 62
DOCUMENT TYPE:   REPORT OF INVESTIGATION - DEA-6 AND 6a PAGES 1 AND 2 OF 2

DATE:            NOVEMBER 1, 2000

                                        (   ) RELEASED
                                        ( X ) WITHHELD

      TO:        INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

      FROM:      DEA SPECIAL AGENT

PURPOSE:         FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

*Pickard v. DEA*            PAGE 22

```
PAGE NUMBER:     63 - 64
DOCUMENT TYPE:   REPORT OF INVESTIGATION - DEA-6 AND 6a PAGES 1 AND 2 OF 2

DATE:
                 NOVEMBER 2, 2000

                                        (    ) RELEASED
                                        (  X ) WITHHELD

     TO:
                 INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
                 DEA SPECIAL AGENT

PURPOSE:
```

|   | FURTHERANCE OF CRIMINAL INVESTIGATION | | |
|---|---|---|---|
| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
|  | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 23

Vaughn PAGE ITEMIZATION

PAGE NUMBER:     65 – 66
DOCUMENT TYPE:   REPORT OF INVESTIGATION – DEA-6 AND 6a Pages 1 AND 2 OF 2

DATE:        NOVEMBER 4, 2000

                                    (    ) RELEASED
                                    (  X  ) WITHHELD

      TO:     INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

      FROM:   DEA SPECIAL AGENT

PURPOSE:     FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGE 2: PARA 1-2 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

*Pickard v. DEA*          PAGE 24

Vaughn PAGE ITEMIZATION

PAGE NUMBER:       67 - 68
DOCUMENT TYPE:     REPORT OF INVESTIGATION – DEA-6 AND 6a PAGES 1 AND 2 OF 2

DATE:              NOVEMBER 5, 2000

                                          (    ) RELEASED
                                          (  X ) WITHHELD

     TO:     INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:   DEA SPECIAL AGENT

PURPOSE:     FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

FOIA PAGE ITEMIZATION

```
PAGE NUMBER:    69 - 71
DOCUMENT TYPE:  REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-3 OF 3

DATE:
        NOVEMBER 6, 2000

                                        (   ) RELEASED
                                        ( X ) WITHHELD

    TO:
        INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTIFIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 1; PAGE 3: CUSTODY OF EVIDENCE: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

FULL PAGE ITEMIZATION

PAGE NUMBER:  72 - 75
DOCUMENT TYPE:  REPORT OF INVESTIGATION – DEA-6 AND 6a PAGES 1-4 OF 4

DATE:
          NOVEMBER 9, 2000

                                        (    ) RELEASED
                                        (  X ) WITHHELD

    TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

    FROM:
          DEA SPECIAL AGENT

PURPOSE:

| ITEM | FURTHERANCE OF CRIMINAL INVESTIGATION MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
|  | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-4: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 4: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 27

Results PAGE ITEMIZATION

PAGE NUMBER:    76 - 77
DOCUMENT TYPE:  REPORT OF INVESTIGATION – DEA-6 AND 6a PAGES 1 AND 2 OF 2

DATE:       NOVEMBER 14, 2000

                                        (   ) RELEASED
                                        ( X ) WITHHELD

    TO:     INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

    FROM:   DEA SPECIAL AGENT

PURPOSE:    FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; CUSTODY OF EVIDENCE: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS PARA 1; CUSTODY OF EVIDENCE: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 28

Vaughn PAGE ITEMIZATION

PAGE NUMBER:   78 - 84
DOCUMENT TYPE:   REPORT OF INVESTIGATION – DEA 6 AND 6a PAGES 1 - 7 OF 7

DATE:
        NOVEMBER 14, 2000

                                       (   ) RELEASED
                                       ( X ) WITHHELD

    TO:
        INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

   FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 6-7: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*        PAGE 29

VAUGHN PAGE ITEMIZATION

```
PAGE NUMBER:     85 - 88
DOCUMENT TYPE:   REPORT OF INVESTIGATION - DEA-6 PAGES 1-4 OF 4

DATE:
        NOVEMBER 22, 2000

                                    (   ) RELEASED
                                    ( X ) WITHHELD

      TO:
           INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

      FROM:
           DEA SPECIAL AGENT

PURPOSE:
           FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION AND FINANCIAL INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-6: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 3-4: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*              PAGE 30

*Deleted Page Information Sheet*

```
PAGE NUMBER:
DOCUMENT TYPE:

DATE:

                                        (    ) RELEASED
                                        (    ) WITHHELD

     TO:

     FROM:

PURPOSE:
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
|      |                  |           |          |

PAGE NUMBER:    89 - 94
DOCUMENT TYPE:   REPORT OF INVESTIGATION - DEA-6 & 6a   PAGES 1-6 OF 6

DATE:
         NOVEMBER 27, 2000

                                        (    ) RELEASED
                                        (  X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-6: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 6: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

PAGE NUMBER:      95 - 99
DOCUMENT TYPE:    REPORT OF INVESTIGATION - DEA-6 & 6a PAGES 1-5 OF 5

DATE:
          NOVEMBER 28, 2000

                                        (    ) RELEASED
                                        ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-5: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGE 5: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 33

VAUGHN PAGE ITEMIZATION

PAGE NUMBER:      100 - 105
DOCUMENT TYPE:    Quarterly Review – DEA-6 & 6a PAGE 1-6 OF 6

DATE:
            NOVEMBER 28, 2000

                                    (    ) RELEASED
                                    (  X ) WITHHELD

    TO:
            INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

    FROM:
            DEA SPECIAL AGENT

PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-6: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; NARRATIVE; PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 6: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*        PAGE 34

FBI/DOJ PAGE ITEMIZATION

PAGE NUMBER:     106 - 110
DOCUMENT TYPE:   REPORT OF INVESTIGATION – DEA 67 6a PAGES 1 - 5 OF 5

DATE:            NOVEMBER 28, 2000

                                              (   ) RELEASED
                                              ( X ) WITHHELD

     TO:         INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:       DEA SPECIAL AGENT

PURPOSE:         FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-5: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGE 5: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 35

single PAGE ITEMIZATION

```
PAGE NUMBER:
DOCUMENT TYPE:

DATE:
```

(     ) RELEASED
(     ) WITHHELD

```
    TO:

  FROM:

PURPOSE:
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

PAGE NUMBER:     111 - 112
DOCUMENT TYPE:   REPORT OF INVESTIGATION - DEA 6 & 6a PAGES 1 AND 2 OF 2

DATE:
                 DECEMBER 1, 2000

                                        (   ) RELEASED
                                        (  X ) WITHHELD

      TO:
              INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

      FROM:
              DEA SPECIAL AGENT

PURPOSE:
              FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

*Pickard v. DEA*          PAGE 37

VAUGHN PAGE ITEMIZATION

PAGE NUMBER:     113 - 115
DOCUMENT TYPE:   REPORT OF INVESTIGATION – DEA-6 & 6a    PAGES 1-3 OF 3

DATE:            DECEMBER 12, 2000

                                        (   ) RELEASED
                                        ( X ) WITHHELD

     TO:      INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:    DEA SPECIAL AGENT

PURPOSE:      FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS: PARA 1; PAGES 2-3: PARA 6-9; CUSTODY OF EVIDENCE: PARA 1-2 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Vaughn PAGE ITEMIZATION

PAGE NUMBER:    116 – 118
DOCUMENT TYPE:  DEBRIEFING OF CS – DEA-6 & 6a    PAGES 1-3 OF 3

DATE:
            DECEMBER 12, 2000

                                        (    ) RELEASED
                                        (  X ) WITHHELD

    TO:
            INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

    FROM:
            DEA SPECIAL AGENT

PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

DRUG PAGE ITEMIZATION

```
PAGE NUMBER:    119 - 121
DOCUMENT TYPE:  Debriefing of CS - DEA-6 & 6a    PAGES 1-3 OF 3

DATE:
          DECEMBER 14, 2000

                                    (   ) RELEASED
                                    ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2, 10; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 11,12&14; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 40

PAGE NUMBER:   122 - 124
DOCUMENT TYPE:   REPORT OF INVESTIGATION – DEA-6 & 6a   PAGES 1-3 OF 3

DATE:        DECEMBER 14, 2000

                                      (   ) RELEASED
                                      ( X ) WITHHELD

     TO:      INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:    DEA SPECIAL AGENT

PURPOSE:     FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; BOTTOM MARGIN; DETAILS: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*        PAGE 41

Vaughn PAGE ITEMIZATION

PAGE NUMBER:     125 – 127
DOCUMENT TYPE:   DEBRIEFING OF CS – DEA 6 & 6a PAGES 1-3 OF 3

DATE:
           JANUARY 5,2001

                                   (    ) RELEASED
                                   (  X ) WITHHELD

     TO:
           INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
           DEA SPECIAL AGENT

PURPOSE:
           FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED AND FINANCIAL INFORMATION: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 42

Version PAGE ITEMIZATION

PAGE NUMBER:    128 - 134
DOCUMENT TYPE:  REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-5 OF 5

DATE:
          JANUARY 12, 2001

                                        (    ) RELEASED
                                        (  X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 2 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-5: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 11,12&14; SYNOPSIS; DETAILS: PARA 1; BOTTOM MARGIN; PAGE 4: PARA 8,12,13 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGE 5: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 43

VAUGHN PAGE ITEMIZATION

```
PAGE NUMBER:      133 - 134
DOCUMENT TYPE:    QUARTERLY MANAGEMENT REVIEW OF CS - DEA 6 & 6a PAGES 1-2 OF 2

DATE:
        JANUARY 19, 2001

                                        (   ) RELEASED
                                        ( X ) WITHHELD

    TO:
        INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12&14; DETAILS PARA 2,3 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

*Pickard v. DEA*          PAGE 44

```
PAGE NUMBER:    135 - 142
DOCUMENT TYPE:  REPORT OF INVESTIGATION - DEA 6 & 6A PAGES 1 - 8 OF 8

DATE:
          JANUARY 22, 2001

                                    (    )  RELEASED
                                    (  X )  WITHHELD

      TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

      FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION: PARA 1; CUSTODY OF EVIDENCE: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-8: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; PAGE 7: CUSTODY OF EVIDENCE: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 7-8: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 45

*single PAGE ITEMIZATION*

```
PAGE NUMBER:
DOCUMENT TYPE:

DATE:

                                        (     )  RELEASED
                                        (     )  WITHHELD


      TO:

    FROM:

PURPOSE:
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

*Pickard v. DEA*          PAGE 46

PAGE NUMBER:     143 - 144
DOCUMENT TYPE:   REPORT OF INVESTIGATION - DEA-6 & 6a PAGES 1-2 0F 2

DATE:
                 JANUARY 22, 2001

                                             (    ) RELEASED
                                             ( X  ) WITHHELD


     TO:
              INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
              DEA SPECIAL AGENT

PURPOSE:
              FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 1,2,4; CUSTODY OF EVIDENCE | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

*Pickard v. DEA*        PAGE 47

PAGE NUMBER:     145 – 149
DOCUMENT TYPE:   QUARTERLY DEBRIEFING OF CS – DEA-6 & 6a PAGES 1-5 OF 5

DATE:
          February 14, 2001

                                        (   ) RELEASED
                                        ( X ) WITHHELD

      TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

      FROM:
          DEA SPECIAL AGENT

PURPOSE:

| ITEM | FURTHERANCE OF CRIMINAL INVESTIGATION MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION: PARA 1; | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-5: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; PAGE 5: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 4-5: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 48

*Single PAGE ITEMIZATION*

```
PAGE NUMBER:
DOCUMENT TYPE:

DATE:

                                    (    ) RELEASED
                                    (    ) WITHHELD


    TO:

    FROM:

PURPOSE:
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

DRUG'S PAGE ITEMIZATION

```
PAGE NUMBER:    150 - 156
DOCUMENT TYPE:  DEBRIEFING OF CS - DEA-6 & 6a PAGES 1-7 OF 7

DATE:
          FEBRUARY 21, 2001

                                    (    ) RELEASED
                                    (  X ) WITHHELD

     TO:
          CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |

*Pickard v. DEA*          PAGE 50

Drug_lr_PAGE_ITEMIZATION

PAGE NUMBER:   157 -159
DOCUMENT TYPE:  REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-3 OF 3

DATE:
      FEBRUARY 21, 2001

                                   (   ) RELEASED
                                   ( X ) WITHHELD

    TO:     INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

   FROM:
       DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS; PARA 1,2; PAGES 2: CUSTODY OF EVIDENCE: PARA 1; PAGE 3: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*      PAGE 51

*Deleted Page Information Sheet*

PAGE NUMBER:
DOCUMENT TYPE:

DATE:

(     ) RELEASED
(     ) WITHHELD

     TO:

     FROM:

PURPOSE:

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

PAGE NUMBER:     160 - 172
DOCUMENT TYPE:   DEBRIEFING OF CS - DEA-6 & 6a PAGES 1-13 OF 13

DATE:
              FEBRUARY 22, 2001

                                        (    ) RELEASED
                                        (  X ) WITHHELD

      TO:
            INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
            DEA SPECIAL AGENT

PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-13: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,12&14; DRUG RELATED INFORMATION: PARA 1; PAGES 3-10: PARA 7,13-15,24,26,31, 35; PAGE 13: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 12-13: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Visible PAGE ITEMIZATION

```
PAGE NUMBER:
DOCUMENT TYPE:

DATE:

                                    (     )  RELEASED
                                    (     )  WITHHELD


    TO:

    FROM:

PURPOSE:
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

Drugs - PAGE ITEMIZATION

PAGE NUMBER:    173 - 176
DOCUMENT TYPE:  DEBRIEF OF CS - DEA-6 & 6a PAGES 1-4 OF 4

DATE:
        FEBRUARY 26, 2001

                                        (   ) RELEASED
                                        ( X ) WITHHELD

    TO:
        INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; SYNOPSIS | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-4: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,12&14; DETAILS PARA 1,2; BOTTOM MARGIN; | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 2-3: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

PAGE NUMBER:      177 - 178
DOCUMENT TYPE:    QUARTERLY MANAGEMENT REVIEW OF CS - DEA-6 & 6a PAGES 1-2 OF 2

DATE:
            MARCH 30, 2001

                                      (   ) RELEASED
                                      ( X ) WITHHELD

      TO:
            CONFIDENTIAL SOURCE FILE

      FROM:
            DEA SPECIAL AGENT

PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12&14; PAGES 1-2: DETAILS PARA 2-3; | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

PAGE NUMBER:      179 - 183
DOCUMENT TYPE:    REPORT OF INVESTIGATION - DEA-6 & 6a PAGES 1-5 OF 5

DATE:
                  APRIL 10, 2001

                                        (   ) RELEASED
                                        ( X ) WITHHELD

      TO:
              INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

      FROM:
              DEA SPECIAL AGENT

PURPOSE:

| ITEM | FURTHERANCE OF CRIMINAL INVESTIGATION MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|-------------------------------------------------------|-----------|----------|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1,3 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-5: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12&14; DETAILS: PARA 1-2; PAGES 2-5: PARA 4-11,13-16; PAGE 5: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |

*Pickard v. DEA*            PAGE 57

Deleted Page Information Sheet

PAGE NUMBER:    184 - 186
DOCUMENT TYPE:    DEBRIEFING OF CS - DEA-6 & 6a PAGES 1-3 OF 3

DATE:
              APRIL 17, 2001

                                        (    ) RELEASED
                                        ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12&14; DRUG RELATED INFORMATION: PARA 1; PAGES 3: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGE 3: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

*Pickard v. DEA*            PAGE 58

PAGE NUMBER:   187 - 188
DOCUMENT TYPE:   REPORT OF INVESTIGATION – DEA-6 7 6a PAGES 1-2 OF 2

DATE:
          APRIL 18, 2001

                                        (    ) RELEASED
                                        (  X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2; DETAILS: PARA 2 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS; PAGE 2: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 1: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

*Pickard v. DEA*          PAGE 59

VAUGHN PAGE ITEMIZATION

```
PAGE NUMBER:    189 - 190
DOCUMENT TYPE:  DEACTIVATION OF CS - DEA-6 & 6a PAGES 1-2 OF 2

DATE:
                JUNE 27, 2001

                                        (    ) RELEASED
                                        (  X ) WITHHELD

      TO:
                CONFIDENTIAL SOURCE FILE

      FROM:
                DEA SPECIAL AGENT

PURPOSE:
                FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 3, 10; PAGES 1-2: DETAILS: PARA 1,3,5,7 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12&14; PAGES 1-2: DETAILS: PARA 2-5 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

PAGE NUMBER:    191 - 196
DOCUMENT TYPE:  INTERVIEW OF DEACTIVATED CS - DEA-6 PAGES 1-6 OF 6

DATE:
          JUNE 26, 2002

                                          (   ) RELEASED
                                          ( X ) WITHHELD

     TO:    INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
            DEA SPECIAL AGENT

PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-6: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION; PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 5-6: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Pickard v. DEA*          PAGE 61

Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:    197 - 208
DOCUMENT TYPE:  REPORT OF INVESTIGATION - DEA-6 & 6a PAGES 1-12 OF 12

DATE:
        JUNE 26, 2002

                                    (    ) RELEASED
                                    (  X ) WITHHELD

    TO:
        INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 10; SYNOPSYS; PAGE 6 PARA2 6,7 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-12: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 11,12&14; DETAILS; PAGES 1,3-11: PARA 1-2,3-20 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

VAUGHN PAGE ITEMIZATION

PAGE NUMBER:    209 - 214
DOCUMENT TYPE:  REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-6 OF 6

DATE:
        MARCH 7,  2003

                                        (    ) RELEASED
                                        (  X ) WITHHELD

    TO:
        CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; SYNOPSIS; DETAILS: PARA 2; CUSTODY OF EVIDENCE: EXHIBIT N-101, 103, 104, 109 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-6: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,12&14; PAGES 1-4: DETAILS: PARA 1,2,4-14; CUSTODY OF EVIDENCE: PAGES 4-6: PARA N-01,102,103,104,105, 107,108,109 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 6: INDEXING | THIRD-PARTY NAMES | (b)(7)(C) | NAMES OF THIRD-PARTY |

*Pickard v. DEA*          PAGE 63

INTERNAL MARKINGS, IDENTI-    (b)(7)(E)    THIRD-PARTY NADDIS

PAGE NUMBER:          FIERS, AND OR PROCEDURES           IDENTIFIER CODES

DOCUMENT TYPE:

DATE:

                                                    (    ) RELEASED
                                                    (    ) WITHHELD

     TO:

     FROM:

PURPOSE:

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

Itemized PAGE ITEMIZATION

PAGE NUMBER:     215 - 216
DOCUMENT TYPE:   DEACTIVATION OF CS - DEA-6 AND 6a PAGES 1 AND 2 OF 2

DATE:
        MARCH 7, 2003

                                    (    ) RELEASED
                                    ( X  ) WITHHELD

    TO:
        CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 3, 10; DETAILS: PARA 1-3,5-7; PAGE 2: BLOCK 1; PARA 5-7 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,12&14; PAGES 1-2: DETAILS: PARA 2,4; PAGE 2: BOTTOM | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

*Pickard v. DEA*          PAGE 65

PAGE NUMBER:     217 - 218
DOCUMENT TYPE:   REPORT OF INVESTIGATION - DEA-6 & 6a PAGES 1-2 OF 2

DATE:
                 MARCH 24, 2004

                                        (    ) RELEASED
                                        (  X  ) WITHHELD

        TO:
                 CONFIDENTIAL SOURCE FILE

        FROM:
                 DEA SPECIAL AGENT

PURPOSE:
                 FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 3, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:     219 - 220
DOCUMENT TYPE:   REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-2 OF 2

DATE:
                 JULY 31, 2006

                                        (    ) RELEASED
                                        (  X ) WITHHELD

     TO:
                 INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

     FROM:
                 DEA SPECIAL AGENT

PURPOSE:
                 FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 3, 10; PAGE 1-2: DETAILS: PARA 1-4 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS: PARA 2,3 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:     221 - 222
DOCUMENT TYPE:   REPORT OF INVESTIGATION - DEA-6 & 6a PAGES 1-2 OF 2

DATE:
        JULY 31, 2006

                                        (   ) RELEASED
                                        (   ) WITHHELD
                                          X

    TO:
        CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 5, 9,11,12&14 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

*Pickard v. DEA*          PAGE 68

VAUGHN PAGE ITEMIZATION

```
PAGE NUMBER:      223 - 224
DOCUMENT TYPE:    PERSONAL HISTORY REPORT - DEA-202 PAGES 1 AND 2 OF 2

DATE:
                  AUGUST 25, 1989

                                              (    ) RELEASED
                                              (  X ) WITHHELD

        TO:
                  CONFIDENTIAL SOURCE FILE

      FROM:
                  DEA SPECIAL AGENT

PURPOSE:
                  FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 59,60,62,63, 65 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 57a,b` | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES OF THIRD-PARTYS/PERSONAL INFORMATION |

*Pickard v. DEA*                PAGE 69

VAUGHN PAGE ITEMIZATION

PAGE NUMBER:     225 - 226
DOCUMENT TYPE:   CONFIDENTIAL SOURCE ESTABLISHMENT - DEA-512 PAGES 1 AND 2 OF 2

DATE:
                 OCTOBWE 23, 2000

                                            (   ) RELEASED
                                            ( X ) WITHHELD

       TO:
                 CONFIDENTIAL SOURCE FILE

       FROM:
                 DEA SPECIAL AGENT

PURPOSE:
                 FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 2: BLOCKS 42c,d,43 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| PAGE 2: BLOCK 42b | INTERNAL TELEPHONE NUMBER | (b)(2) | TELEPHONE NUMBER |

*Pickard v. DEA*          PAGE 70

VAUGHN PAGE ITEMIZATION

PAGE NUMBER:      227
DOCUMENT TYPE:   INFORMATION AND PAYMENT OF EVIDENCE - DEA-103

DATE:
                 NOVEMBER 27, 1989

                                         (    ) RELEASED
                                         ( X ) WITHHELD

      TO:
                 INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

      FROM:
                 DEA SPECIAL AGENT

PURPOSE:
                 FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
|  | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

PAGE NUMBER:      228
DOCUMENT TYPE:    INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

DATE:
                  DECEMBER 9, 1989

                                        (   ) RELEASED
                                        ( X ) WITHHELD

      TO:
                INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

      FROM:
                DEA SPECIAL AGENT

PURPOSE:
                FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

*Pickard v. DEA*            PAGE 72

PAGE NUMBER:    229
DOCUMENT TYPE:  INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

DATE:
        MARCH 14, 1990

                                    (   ) RELEASED
                                    ( X ) WITHHELD

    TO:    INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:  DEA SPECIAL AGENT

PURPOSE:   FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

*Pickard v. DEA*          PAGE 73

PAGE NUMBER:    230
DOCUMENT TYPE:  INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

DATE:
        MARCH 27, 1990

                                    (    ) RELEASED
                                    ( X ) WITHHELD

    TO:
        INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

*Pickard v. DEA*          PAGE 74

```
PAGE NUMBER:     231
DOCUMENT TYPE:   INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

DATE:
          APRIL 13, 1990

                                        (    ) RELEASED
                                        (  X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

*Pickard v. DEA*              PAGE 75

PAGE NUMBER:    232
DOCUMENT TYPE:  INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

DATE:
            MAY 3, 1990

                                        (    ) RELEASED
                                        (  X ) WITHHELD

    TO:
            INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:
            DEA SPECIAL AGENT

PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

VAUGHN PAGE ITEMIZATION

PAGE NUMBER:     233
DOCUMENT TYPE:   INFORMATION AND PAYMENT OF EVIDENCE - DEA-103

DATE:
        MAY 15, 1990

                                        (   ) RELEASED
                                        ( X ) WITHHELD

    TO:    INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:
           DEA SPECIAL AGENT

PURPOSE:
           FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

*Pickard v. DEA*          PAGE  77

PAGE NUMBER:    234
DOCUMENT TYPE:  PURCHASE OF EVIDENCE – DEA-103

DATE:
        MAY 16, 1990

                                        (    ) RELEASED
                                        (  X ) WITHHELD

    TO:     INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:   DEA SPECIAL AGENT

PURPOSE:    FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BYCONFIDENTIAL SOURCE |

*Pickard v. DEA*          PAGE 78

Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:     235
DOCUMENT TYPE:   COOPERATING INDIVIDUAL AGREEMENT - DEA-473

DATE:
         SEPTEMBER 11, 1989

                                    (    ) RELEASED
                                    (  X ) WITHHELD

     TO:
         CONFIDENTIAL SOURCE FILE

     FROM:
         DEA SPECIAL AGENT

PURPOSE:
         FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | SIGNATURE OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | SIGNATURES OF DEA SPECIAL AGENTS |

Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:      236
DOCUMENT TYPE:    CONFIDENTIAL SOURCE AGREEMENT – DEA-473

DATE:
                  OCTOBER 18, 2000

                                        (   ) RELEASED
                                        ( X ) WITHHELD

        TO:
                  CONFIDENTIAL SOURCE FILE

        FROM:
                  DEA SPECIAL AGENT

PURPOSE:
                  FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | SIGNATURE OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | SIGNATURES OF DEA SPECIAL AGENTS |

*Pickard v. DEA*          PAGE 80

Vaughn PAGE ITEMIZATION

PAGE NUMBER:     237
DOCUMENT TYPE:   SIGNED STATEMENT OF CS

DATE:
          JANUARY 4, 2001

                                    (   ) RELEASED
                                    ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Pickard v. DEA*          PAGE 81

FReigle PAGE ITEMIZATION

PAGE NUMBER:   238
DOCUMENT TYPE:   STATEMENT OF CS

DATE:
          JANUARY 4, 2001

                                        (    ) RELEASED
                                        (  X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

Uesth PAGE ITEMIZATION

PAGE NUMBER:    239
DOCUMENT TYPE:    STATEMENT OF CS

DATE:
          JANUARY 4, 2001

                                    (    ) RELEASED
                                    ( X ) WITHHELD

      TO:
          INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

      FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Pickard v. DEA*          PAGE 83

*results PAGE ITEMIZATION*

PAGE NUMBER:    240
DOCUMENT TYPE:   SIGNED STATEMENT OF CS

DATE:
          JANUARY 4, 2001

                                        (    ) RELEASED
                                        (  X ) WITHHELD

      TO:
          INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

      FROM:
          DEA SPECIAL AGENT

PURPOSE:

| ITEM | FURTHERANCE OF CRIMINAL INVESTIGATION MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------|------|------|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Pickard v. DEA*          PAGE 84

DRUGS PAGE ITEMIZATION

PAGE NUMBER:     241
DOCUMENT TYPE:   SIGNED STATEMENT OF CS

DATE:        JANUARY 4, 2001

                                        (   ) RELEASED
                                        ( X ) WITHHELD

     TO:     INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

     FROM:   DEA SPECIAL AGENT

PURPOSE:     FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Pickard v. DEA*          PAGE 85

*Results PAGE ITEMIZATION*

```
PAGE NUMBER:     242 - 243
DOCUMENT TYPE:   SIGNED STATEMENT OF CS - PAGES 1 AND 2 OF 2

DATE:
          JANUARY 4, 2001

                                        (   ) RELEASED
                                        (   ) WITHHELD
                                           X

     TO:
          INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:     244 - 245
DOCUMENT TYPE:   STATEMENT OF CS - PAGES 1 AND 2 OF 2

DATE:
                 JANUARY 4, 2001

                                        (   ) RELEASED
                                        ( X ) WITHHELD

        TO:
                 INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

        FROM:
                 DEA SPECIAL AGENT

PURPOSE:
```

FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

Document PAGE ITEMIZATION

```
PAGE NUMBER:    246
DOCUMENT TYPE:  STATEMENT OF CS

DATE:
        JANUARY 4, 2001

                                    (   ) RELEASED
                                    ( X ) WITHHELD

    TO:
        INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Pickard v. DEA*        PAGE 88

Vaughn PAGE ITEMIZATION

PAGE NUMBER:    247
DOCUMENT TYPE:  STATEMENT OF CS

DATE:
        JANUARY 5, 2001

                                    (   ) RELEASED
                                    ( X ) WITHHELD

    TO:
        INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

PAGE NUMBER:    248
DOCUMENT TYPE:  SIGNED STATEMENT OF CS

DATE:
          JANUARY 5, 2001

                                        (   ) RELEASED
                                        ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:

| ITEM | FURTHERANCE OF CRIMINAL INVESTIGATION MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Pickard v. DEA*          PAGE 90

FOIA PAGE ITEMIZATION

```
PAGE NUMBER:     249
DOCUMENT TYPE:   SIGNED STATEMENT OF CS

DATE:
        JANUARY 5, 2001

                                    (   ) RELEASED
                                    ( X ) WITHHELD

     TO:
        INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

     FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Pickard v. DEA*          PAGE 91

PAGE NUMBER:    250
DOCUMENT TYPE:  STATEMENT OF CS

DATE:       JANUARY 5, 2001

                                    (   ) RELEASED
                                    ( X ) WITHHELD

    TO:     INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:   DEA SPECIAL AGENT

PURPOSE:    FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Pickard v. DEA*          PAGE 92

PAGE NUMBER:     251
DOCUMENT TYPE:   SIGNED STATEMENT OF CS

DATE:
          JANUARY 5, 2001

                                        (    ) RELEASED
                                        ( X ) WITHHELD

     TO:
          INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Pickard v. DEA*          PAGE 93

Margin PAGE ITEMIZATION

PAGE NUMBER:    252
DOCUMENT TYPE:  STATEMENT OF CS

DATE:
        JANUARY 5, 2001

                                    (    ) RELEASED
                                    ( X ) WITHHELD

    TO:
        INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:
        DEA SPECIAL AGENT

PURPOSE:
        FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Pickard v. DEA*            PAGE 94

DELETED PAGE INFORMATION SHEET

PAGE NUMBER:     253 - 254
DOCUMENT TYPE:   NADDIS QUERY RESULTS - PAGES 1 AND 2 OF 2

DATE:
                 OCTOBER 16, 2000

                                          (   ) RELEASED
                                          ( X ) WITHHELD

     TO:
              CONFIDENTIAL SOURCE FILE

     FROM:
              DEA SPECIAL AGENT

PURPOSE:
              FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTIES |
| | INVESTIGATIVE METHODS, PRACTICES AND PROCEDURES | (b)(7)(E) | INTERNAL INVESTIGATIVE PRACTICES, METHODS AND PROCEDURES |

Vaughs PAGE ITEMIZATION

```
PAGE NUMBER:      255 - 257
DOCUMENT TYPE:    CRIMINAL HISTORY DETAILED RECORD - CLETS PAGE 1 TO 3 OF 3

DATE:
                  OCTOBER 25, 2000

                                          (   ) RELEASED
                                          ( X ) WITHHELD

      TO:
                  CONFIDENTIAL SOURCE FILE

      FROM:
                  DEA SPECIAL AGENT

PURPOSE:
                  FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

VAUGHN PAGE ITEMIZATION

PAGE NUMBER:     258 - 259
DOCUMENT TYPE:   FBI IDENTIFICATION RECORD – CLETS PAGES 1 AND 2 OF 2

DATE:
            OCTOBER 25, 2000

                                    (    ) RELEASED
                                    (  X  ) WITHHELD

     TO:
          CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:    260 - 262
DOCUMENT TYPE:  III CRIMINAL HISTORY REPORT - PAGE 1 TO 3 OF 3

DATE:
          JANUARY 2, 2001

                                    (   ) RELEASED
                                    ( X ) WITHHELD

    TO:
          CONFIDENTIAL SOURCE FILE

    FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

Case 5:00-cr-40104-JTM   Document 749-1   Filed 01/22/14   Page 101 of 115
Case3:06-cv-00185-CRB   Document166   Filed10/03/12   Page100 of 114
Vaughn PAGE ITEMIZATION

PAGE NUMBER:    263 - 265
DOCUMENT TYPE:  III CRIMINAL HISTORY REPORT – PAGES 1 TO 3 OF 3

DATE:
              MARCH 30, 2001

                                    (   ) RELEASED
                                    ( X ) WITHHELD

      TO:
          CONFIDENTIAL SOURCE FILE

      FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
|  | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

Case 5:00-cr-40104-JTM   Document 749-1   Filed 01/22/14   Page 102 of 115
Case3:06-cv-00185-CRB   Document166   Filed10/03/12   Page101 of 114
Vaughn PAGE ITEMIZATION

PAGE NUMBER:   266 – 268
DOCUMENT TYPE:   CRIMINAL HISTORY REPORT – PAGE 1 TO 3 OF 3

DATE:
          OCTOBER 16, 2000

                                          (   ) RELEASED
                                          ( X ) WITHHELD

     TO:
          CONFIDENTIAL SOURCE FILE

     FROM:
          DEA SPECIAL AGENT

PURPOSE:
          FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

Vaughn PAGE ITEMIZATION

PAGE NUMBER:     269 - 270
DOCUMENT TYPE:   FBI IDENTIFICATION RECORD - PAGE 1 TO 2 OF 2

DATE:
         JANUARY 2, 2001

                                          (    ) RELEASED
                                          (  X ) WITHHELD

     TO:
         CONFIDENTIAL SOURCE FILE

     FROM:
         DEA SPECIAL AGENT

PURPOSE:
         FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:      271 - 272
DOCUMENT TYPE:    NCIC INDEX - PAGES 1 TO 2 OF 2

DATE:
                  JANUARY 2, 2001

                                          (    ) RELEASED
                                          (  X ) WITHHELD

       TO:
                  CONFIDENTIAL SOURCE FILE

       FROM:
                  DEA SPECIAL AGENT

PURPOSE:
                  FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:      273 - 274
DOCUMENT TYPE:    FBI IDENTIFICATION RECORD - PAGE 1 TO 2 OF 2

DATE:
                  MARCH 30, 2001

                                          (   ) RELEASED
                                          ( X ) WITHHELD

        TO:
                  CONFIDENTIAL SOURCE FILE

        FROM:
                  DEA SPECIAL AGENT

PURPOSE:
                  FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:      275
DOCUMENT TYPE:    FBI INTERSTATE IDENTIFICATION RECORD

DATE:
                  MARCH 30, 2001

                                          (    ) RELEASED
                                          ( X ) WITHHELD

      TO:
                  CONFIDENTIAL SOURCE FILE

      FROM:
                  DEA SPECIAL AGENT

PURPOSE:
                  FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

Case 5:00-cr-40104-JTM   Document 749-1   Filed 01/22/14   Page 107 of 115
Case3:06-cv-00185-CRB  Document166  Filed10/03/12  Page106 of 114
Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:    276 - 277
DOCUMENT TYPE:  FBI INTERSTATE IDENTIFICATION RECORD - PAGES 1 TO 2 OF 2

DATE:
         OCTOBER 16, 2000

                                      (   ) RELEASED
                                      ( X ) WITHHELD

     TO:
         CONFIDENTIAL SOURCE FILE

     FROM:
         DEA SPECIAL AGENT

PURPOSE:
         FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

Vaughn PAGE ITEMIZATION

PAGE NUMBER:     278 - 279
DOCUMENT TYPE:   FBI CRIMINAL HISTORY DETAILED RECORD

DATE:
            NOVEMBER 17, 2000

                                    (   ) RELEASED
                                    ( X ) WITHHELD

      TO:
            CONFIDENTIAL SOURCE FILE

      FROM:
            DEA SPECIAL AGENT

PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
|  | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Pickard v. DEA*          PAGE 106

Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:     280 - 282
DOCUMENT TYPE:   11 POINT RISK ASSESSMENT - PAGE 1 TO 3 OF 3

DATE:
                 UNDATED

                                        (   ) RELEASED
                                        ( X ) WITHHELD

       TO:
                 CONFIDENTIAL SOURCE FILE

     FROM:
                 DEA SPECIAL AGENT

PURPOSE:
                 FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
|  | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Pickard v. DEA*          PAGE 107

Vaughn PAGE ITEMIZATION

PAGE NUMBER:    283
DOCUMENT TYPE:  TELETYPE ADVISING OF TRAVEL BY TWO DETECTIVES AND CS

DATE:       NOVEMBER 20, 1989

                                        (    ) RELEASED
                                        ( X ) WITHHELD

    TO:     INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

    FROM:   DEA SPECIAL AGENT

PURPOSE:    FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| SUBJ:; PARA 3 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| PARA 2 | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |
| PARA 1,3,4; BOTTOM | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

Case 5:00-cr-40104-JTM  Document 749-1  Filed 01/22/14  Page 111 of 115
Case3:06-cv-00185-CRB  Document166  Filed10/03/12  Page110 of 114
Vaughn PAGE ITEMIZATION

```
PAGE NUMBER:     284
DOCUMENT TYPE:   TELETYPE Approval

DATE:
            APRIL 24, 2003

                                    (    ) RELEASED
                                    (  X ) WITHHELD

      TO:
            INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

      FROM:
            DEA SPECIAL AGENT
PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION
```

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| SUBJ:; PARA 1 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| PARA 2 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF LAW ENFORCEMENT PERSONNEL |
| PARA 2 | INTERNAL TELEPHONE NUMBER | (b)(2) | TELEPHONE NUMBER |

Vaughn PAGE ITEMIZATION

PAGE NUMBER:     285 - 293
DOCUMENT TYPE:   CRIMINAL FELONY DOCKET FOR TULSA COUNTY, OKLAHOMA DISTRICT COURT
                 PAGES 1 TO 9 OF 9
DATE:
        MARCH 24, 2004

                                        (    ) RELEASED
                                        ( X  ) WITHHELD

      TO:
           CONFIDENTIAL SOURCE FILE

      FROM:
           DEA SPECIAL AGENT

PURPOSE:
           FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE DOCUMENT | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Pickard v. DEA*          PAGE 110

Vaughn PAGE ITEMIZATION

PAGE NUMBER:      294 - 320
DOCUMENT TYPE:    CRIMINAL FELONY DOCKET FOR TULSA COUNTY, OKLAHOMA DISTRICT COURT
                  PAGES 1 TO 27 OF 27
DATE:
                  JULY 31, 2006

                                          (   ) RELEASED
                                          ( X ) WITHHELD

     TO:
            CONFIDENTIAL SOURCE FILE

     FROM:
            DEA SPECIAL AGENT

PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE DOCUMENT | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

Vaughn PAGE ITEMIZATION

PAGE NUMBER:     321 - 324
DOCUMENT TYPE:   POTTAWATTAMIE COUNTY KANSAS COURT ORDER

DATE:
       AUGUST 21, 2001

                                        (   ) RELEASED
                                        ( X ) WITHHELD

     TO:
         CONFIDENTIAL SOURCE FILE

     FROM:
         DEA SPECIAL AGENT

PURPOSE:
         FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE DOCUMENT | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Pickard v. DEA*          PAGE 112

Vaughn PAGE ITEMIZATION

PAGE NUMBER:      325
DOCUMENT TYPE:    LETTER TO CALIFORNIA HIGHWAY PATROL INVESTIGATOR

DATE:
                  FEBRUARY 28, 2001

                                        (    ) RELEASED
                                        ( X ) WITHHELD

      TO:
            CONFIDENTIAL SOURCE FILE

      FROM:
            DEA SPECIAL AGENT

PURPOSE:
            FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| PARA 1,2,4 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF LAW ENFORCEMENT PERSONNEL |
| PARA 4 | INTERNAL TELEPHONE NUMBER | (b)(2) | TELEPHONE NUMBER |

*Pickard v. DEA*        PAGE 113