# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

United States of America

                                        Plaintiff

vs.                                                            **Case Number:** 00-40104-01/02-JTM

William Leonard Pickard
and Clyde Apperson

                                        Defendants

## MINUTE ORDER FOR DISPOSAL OF EXHIBITS

UPON DIRECTION OF THE COURT AND PURSUANT TO RULE 79.3 OF THE RULES OF PRACTICE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS IT IS

   **ORDERED** that all of the _____ exhibits _____ in the above entitled action shall be withdrawn from the Office of the Clerk by the respective parties not later than fifteen (15) days from the date of this Order. Each party shall endorse a receipt for any _____ exhibits _____ withdrawn.

   **IT IS FURTHER ORDERED** that all _____ exhibits _____ not withdrawn in the time designated by this Order may be destroyed or otherwise disposed of by the Clerk of the Court.

  A copy of this Minute Order shall be mailed forthwith to counsel of record by the Clerk of the Court.

        Dated this _____18_____ day of _____June_____, ____2014____.

                                                      TIMOTHY M. O'BRIEN, CLERK

                                                      s/ M. Stamper _____
                                                      By: Deputy Clerk